Clyde Willis **HAZLEY**, Jr.,
Plaintiff-Appellant,

v.

**STATE of Missouri**,
Defendant-Respondent.

No. 52672.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 28, 1987.

F.A. White, Jr. and Thomas C. Fincham, Kansas City, for plaintiff-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

## ORDER

### PER CURIAM.

Movant appeals denial of his Rule 27.26 motion for post conviction relief without an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).

Virgil **MACE**, Movant-Appellant,

v.

**STATE of Missouri**,
Respondent-Respondent.

No. 52748.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 28, 1987.

Nancy McKerrow, Office of State Public Defender, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Donna Richards-Crosswhite, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

## ORDER

### PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).